AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>MIGUEL AGUIRRE-ARELLO SR.<br><br>_Defendant(s)_ | Case No.  2:26-mj-00016 |

**FILED**
JAN 2 0 2026
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __11/16/25 to 01/16/26__ in the county of __Kanawha__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(iii) & 18 U.S.C. § 2 | aiding and abetting alien harboring |
| 8 U.S.C. § 1324a(a)(1)(A) & 18 U.S.C. § 2 | aiding and abetting the unlawful employment of aliens |
| 18 U.S.C. §§ 1546(a) and 2 | aiding and abetting fraud and misuse of visas, permits, and other documents |

This criminal complaint is based on these facts:

Defendant MIGUEL AGUIRRE-ARELLO SR. operates Rio Grande Mexican Restaurant ("RESTAURANT") located at 503 1st Avenue, Nitro, Kanawha County, West Virginia, within the Southern District of West Virginia. Defendant MIGUEL AGUIRRE-ARELLO SR. owns a residence ("RESIDENCE") located at 111 Hillside Drive, Nitro, Kanawha County, West Virginia. On January 16, 2026, I participated in the execution of federal search warrants at the RESTAURANT and the RESIDENCE. As a result of these warrant executions, officers with U.S. Immigration and Customs Enforcement ("ICE") administratively arrested nine individuals who were unlawfully present in the United States and were employed at the RESTAURANT. Following mirandized interviews of the arrested individuals, ICE officers learned that (1) defendant MIGUEL AGUIRRE-ARELLO SR. knew that the arrested employees were ineligible to work in the United States because of their immigration status; (2) defendant MIGUEL AGUIRRE-ARELLO SR.'s son, who also operates the RESTAURANT, supplied for a fee a counterfeit identity document to at least one undocumented employee for the purpose of falsifying an I-9 form; and (3) defendant MIGUEL AGUIRRE-ARELLO SR. housed the undocumented employees at the RESIDENCE and charged the employees rent.

☐ Continued on the attached sheet.

_Complainant's signature_

Terrance Taylor, Special Agent
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __01/20/2026__

_Judge's signature_

City and state: __Charleston, West Virginia__   Dwane L. Tinsley, United States Magistrate Judge
_Printed name and title_