UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

v.                                              CRIMINAL NO. 2:26-MJ-00016

**MIGUEL AGUIRRE-ARELLO SR.**

**GOVERNMENT'S MOTION TO CONTINUE INITIAL APPEARANCE AND PRELIMINARY HEARING**

Comes now the United States of America, by Jonathan T. Storage, Assistant United States Attorney for the Southern District of West Virginia, and respectfully submits this motion requesting a brief continuance of the defendant's initial appearance and preliminary hearing. In support of its motion, the government states the following:

1. On January 20, 2026, a criminal complaint was filed against the defendant in this Court. ECF No. 1.

2. The government requested that a summons be issued to the defendant, and a summons was issued.

3. The Court has ordered that the defendant's initial appearance and preliminary hearing will be held on Wednesday, January 28, 2026, at 11:00 a.m. in Charleston. ECF No. 3.

4. Today, January 23, 2026, Special Agent Terrance Taylor with Homeland Security Investigations served the defendant his summons.

5. At the time the defendant was served his summons, he advised Special Agent Taylor that he would feel more comfortable with a Spanish interpreter being present at his court proceedings, as he is concerned that he may not understand certain technical aspects of the criminal judicial process. Special Agent Taylor advised the defendant that the government would notify the Court of his request.

6. The government requests that the hearing be briefly continued to such day and time as when a Spanish language interpreter may be arranged to assist the defendant during his criminal proceedings.

For the reasons stated here, the government moves for the entry of an order continuing the defendant's initial appearance and preliminary hearing to a day and time when a Spanish language interpreter may be available to assist the defendant during his criminal proceedings.

                         Respectfully submitted,

                         MOORE CAPITO
                         United States Attorney

By:

                         <u>s/Jonathan T. Storage</u>
                         JONATHAN T. STORAGE
                         Assistant United States Attorney
                         WV State Bar No. 12279
                         300 Virginia Street, East
                         Room 4000
                         Charleston, WV 25301
                         Telephone: 304-345-2200
                         Fax: 304-347-5104
                         E-mail: Jonathan.Storage@usdoj.gov

### **CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing "GOVERNMENT'S MOTION TO CONTINUE INITIAL APPEARANCE AND PRELIMINARY HEARING" has been electronically filed and service has been made on opposing counsel by virtue of electronic mail this the 23rd day of January, 2026, to:

              Clint Carte, Esq.
              Office of the Federal Public Defender
              300 Virginia Street, East, Suite 3400
              Charleston, West Virginia 25301
              E-mail: Clint_Carte@fd.org

                         <u>s/Jonathan T. Storage</u>
                         JONATHAN T. STORAGE
                         Assistant United States Attorney